IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV422 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND A. MATHEWS, Deceased, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of time, filing 12, is granted and plaintiff is given ninety (90) days to complete service by publication upon Raymond Mathews (deceased) and Adam R. Lucero.

DATED this 11th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge