IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV422 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND A. MATHEWS (deceased); | ) | ORDER |
| PAULINE E. MATHEWS, a/k/a | ) | |
| PAULINE E. LUCERO; ADAM R. | ) | |
| LUCERO; RESURGENT CAPITAL | ) | |
| SERVICES, L.P.; CAMILLE R. | ) | |
| HAWK, Trustee; GENERAL | ) | |
| COLLECTION Co.; CREDIT SERVICE | ) | |
| ASSOCIATES, INC., d/b/a CREDIT | ) | |
| BUREAU OF KEARNEY, | ) | |
| | ) | |
| Defendants. | | |

Defendant Adam R. Lucero has filed a motion for appointment of counsel.  In order for the court to consider his motion, he must file a financial affidavit setting forth his income, expenses, assets, and liabilities, and in addition, what efforts he has made to hire counsel on his own.  His motion for appointment of counsel will delay his obligation to file an amended answer in this case.

IT THEREFORE HEREBY IS ORDERED:

Adam R Lucero is given until August 1, 2008 to file a financial affidavit and an affidavit explaining what efforts, if any, he has made to obtain the services of counsel himself.  The clerk shall send him a financial affidavit form.  The defendant shall not be held in default pending the outcome of the court's consideration of his motion for appointment of counsel.

DATED this 21st day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge