IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CV422 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAYMOND A. MATHEWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States (filing 37), and for good cause shown,

IT IS ORDERED that the defendants Raymond A. Mathews (Deceased) and Camille R. Hawk, Trustee, are dismissed from this action.

DATED this 12th day of August, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
RICHARD G. KOPF
UNITED STATES DISTRICT COURT