```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )         8:07CV422
                                 )
        v.                       )
                                 )
RAYMOND A. MATHEWS               )         ORDER
(deceased);                      )
PAULINE E. MATHEWS, a/k/a        )
PAULINE E. LUCERO; ADAM R.       )
LUCERO; RESURGENT CAPITAL        )
SERVICES, L.P.; CAMILLE R.       )
HAWK, Trustee; GENERAL           )
COLLECTION CO.; CREDIT           )
SERVICE ASSOCIATES, INC.,        )
d/b/a CREDIT BUREAU OF           )
KEARNEY,                         )
                                 )
                 Defendants.     )
                                 )
```

Upon consideration of pending matters,

IT IS ORDERED:

1.  The motion of the defendant Adam R. Lucero to proceed in forma pauperis, filing 40, is granted.

2.  The motion of the defendant Adam R. Lucero for appointment of counsel, filing 35, is granted and the Firm of Fraser, Stryker, P.C., LLO, Omaha, Nebraska is appointed to represent said defendant in this case, pursuant to NEGenR 1.7(g) and the Court's Plan for Administration of the Federal Practice Fund ("Plan"), as amended.  Counsel is hereby awarded an attorneys fee of up to $1,000.00, half of which may be duly requested immediately, and the remainder requested upon completion of this matter.  The clerk shall pay the requested amounts in accordance with this order and Paragraph III A. of the Plan.  Litigation expenses, if any, may be reimbursed only in accordance with the Plan.  In the event counsel requests payment of fees above the amount set forth above, request therefor shall be made in writing at the conclusion of the case, properly documented, and directed to the attention of the undersigned magistrate judge.

    3.  All further filings and communications in this matter on behalf of Adam R. Lucero shall be through counsel; any such documents or communications received by the clerk shall not be filed, but instead shall be forwarded to appointed counsel. Defendant Adam R. Lucero shall keep his attorney advised of his current address, phone number, and whereabouts at all times during the pendency of this matter; failure to do so may result in the withdrawal of counsel's appointment and representation, and the entry of a default judgment against said defendant.

    4.  On the court's own motion, the deadline for defendant Adam R. Lucero to file an amended answer to plaintiff's complaint is extended to August 29, 2008.

    5.  On the court's own motion, the parties' deadline for filing the Report of Planning Meeting pursuant to Fed. R. Civ.P. 26(f) is extended to September 15, 2008.

    DATED this 12th day of August, 2008.

                      BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge