IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV422 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER NUNC PRO TUNC |
| | ) | |
| PAULINE E. MATHEWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Motion for an Order Nunc Pro Tunc filed by the

Plaintiff (filing 48), it is hereby ordered that the Consent Judgment and Decree of

Foreclosure and Order of Sale (filing 47) be amended by inserting the correct statutory

judgment rate of interest at   1.24%   on page 3, line 2.

DATED this 24th day of October, 2008.


s/ *Richard G. Kopf*
JUDGE RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE