IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV422 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAULINE E. MATHEWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 55.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than April 13, 2009, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, Plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:00 p.m. on April 27, 2009, in Courtroom No. 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the

following parties:

Resurgent Capital Services                Joe L. Collicott
Registered Agency, CT Corp. System        Vickie D. Collicott
301 S. 13th St., Suite 500                -------------------------
Lincoln, NE  68508                        Cozad, NE  69130

Credit Services Associates, Inc.
d/b/a Credit Bureau of Kearney
412 East 25th Street
Kearney, NE  68848

DATED: March 23, 2009.

                          BY THE COURT:


                          *s/ Richard G. Kopf*
                          U.S. DISTRICT COURT JUDGE